IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA YVETTE SHARP,     : | |
|     Plaintiff     : | No. 1:11-CV-01028 |
|          : | |
| v.     : | |
|          : | (Chief Judge Kane) |
| STATE PAROLE OFFICE,     : | |
|     Defendant     : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On May 27, 2011, Plaintiff filed a complaint and motion for leave to proceed in forma pauperis. (Doc. No. 1; Doc. No. 2.) Magistrate Judge Mannion issued a report and recommendation on August 8, 2011, recommending that the complaint be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. No. 9 at 2.) Plaintiff has not filed objections to Magistrate Judge Mannion's report and recommendation. However, on August 8, 2011, Plaintiff filed a copy of page 46 of "Jailhouse Lawyers Handbook – Chapter Three," which she has labeled a motion to appoint counsel. (Doc. No. 10.) This "motion" does not comply with the requirements for the filing of motions. See M.D. Pa. L.R. 7.1 et seq. Moreover, as the Court will adopt Magistrate Judge Mannion's report and recommendation and dismiss the case with prejudice, the Court will not appoint counsel to represent Plaintiff in this suit.

**ACCORDINGLY**, on this 26th day August 2011, upon consideration of the report and recommendation of Magistrate Judge Mannion (Doc. No. 9), to which no objections have been filed, **IT IS HEREBY ORDERED THAT**:

    1.    The report and recommendation of Magistrate Judge Mannion (Doc. No. 9) is **ADOPTED**.

2. Plaintiff's motion to appoint counsel (Doc. No. 10) is **STRICKEN**.

3. The Clerk of Court is directed to close the case.

      S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania